

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2021

**By ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Joseph Stern, 16 Cr. 525 (JGK)**

Dear Judge Koeltl:

The Government writes to respectfully request a brief adjournment of the oral argument regarding Miriam Stern's third-party petition regarding certain substitute assets that are the subject of a Preliminary Order of Forfeiture as to Substitute Assets, entered by the Court on May 28, 2020 (Dkt. 240) and the Government's motion for judgement on the pleadings (Dkt. 249).

The parties were alerted today that oral argument had been scheduled for July 26, 2021 at 3:30 p.m. I am the primary Assistant United States Attorney assigned to this matter. However, since April 2021, I have been assigned to a detail at the United States Attorney's Office in the District of Columbia tasked with prosecuting cases arising out of the January 6, 2021 breach of the United States Capitol. As a result, my colleague, Alexander Wilson, will handle the oral argument in this matter. The Government therefore respectfully requests a brief adjournment, until the week of August 2, 2021, with the exception of August 3, when Mrs. Stern's counsel is not available. I have conferred with Mrs. Stern's counsel, David Smith, who consents to this request.

*Argument adjourned to August 5, 2021 at 11:00 A.M.*

*So ordered.*

*John G. Koeltl*
*7/23/21   U.S.D.J.*

Page 2

In addition, the Government seeks clarification as to whether the dial-in number posted on the docket is for all parties, or whether the Court intends to hear argument in person.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: _____
Benet J. Kearney
Alexander J. Wilson
Assistant United States Attorneys
(212) 637-2260 / 2453