UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
UNITED STATES OF AMERICA           :       FINAL ORDER OF
                                   :       FORFEITURE
           -v.-                    :
                                   :       16 Cr 525 (JGK)
JOSEPH EZRIEL STERN,               :
                                   :
      a/k/a "Izzy"                 :
      a/k/a "EZ"                   :
                                   :
           Defendant.              :
------------------------------------------------------------x
                                   :
MIRIAM STERN,                      :
                                   :
           Third-Party Petitioner. :
------------------------------------------------------------x

        WHEREAS, on or about May 28, 2020, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Preliminary Order") forfeiting all right, title and interest of the defendant Joseph Ezriel Stern, in, *inter alia*, the following:

        a. 1163 57th Street, Brooklyn, New York 11219 recorded as Block 5689, Lot 55, in Kings County, City of Brooklyn, State of New York;

(the "Subject Property");

        WHEREAS, on or about August 12, 2020, Miriam Stern filed a Petition asserting an interest in, *inter alia*, the Subject Property; and

        WHEREAS, on or about August 5, 2021, the Court entered a Memorandum Opinion and Order holding that as a result of the forfeiture of the defendant' interest in the Subject Property, the Government and Miriam Stern each own an undivided half interest in the Subject Property as tenants in common, with the Government owning a survivorship right in the Subject Property tied to Miriam Stern's life, and Miriam Stern owning a survivorship right in the

Subject Property tied to defendant Joseph Ezriel Stern's life.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. An undivided half interest in the Subject Property as tenant in common, with a survivorship right in the Subject Property tied to Miriam Stern's life (the "Half Interest"), is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Half Interest.

3. An undivided half interest in the Subject Property as tenant in common, with a survivorship right in the Subject Property tied to defendant Joseph Ezriel Stern's life, is retained by Miriam Stern.

4. The Clerk of the Court shall forward three certified copies of this Stipulation and Order to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York 10007.

SO ORDERED:

/s/ John G. Koeltl
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

August 27, 2021
DATE