```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

    - against -

JOSEPH EZRIEL STERN,

        Defendant.

16-cr-525 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **Thursday, May 25, 2023, at 10:30 A.M.**, concerning the second motion for forfeiture of property (ECF No. 261).

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            May 15, 2023

                                          _____
                                          John G. Koeltl
                                    United States District Judge