UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOSEPH EZRIEL STERN,

           Defendant.

16-cr-525 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference today, the Government may respond to the defendant's May 12, 2023 submission (ECF No. 263) by **May 30, 2023.**

SO ORDERED.
Dated:    New York, New York
           May 25, 2023

                                             John G. Koeltl
                                  United States District Judge